IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) 2:20-cr-268-NR |
| SULEMON AROWOKOKO, | ) |
| Defendant. | ) |

### ORDER

Before the Court is Defendant Sulemon Arowokoko's motion for compassionate release. Mr. Arowokoko cites his health conditions and the risks associated with COVID-19, and asks for compassionate release. On careful consideration of the motion, it is **DENIED**.

The Court need not address some of the threshold issues raised by the government, such as exhaustion, Mr. Arowokoko's ailments, or his risk of contracting COVID-19 at his BOP facility. That is because for Mr. Arowokoko to obtain compassionate release, he must also show that his release or his reduced sentence is consistent with the various considerations under 18 U.S.C. § 3553. *See United States v. Pawlowski,* 967 F.3d 327, 229-30 (3d Cir. 2020). He cannot make that showing.

The Court sentenced Mr. Arowokoko in November 2021. So he has served about 12 months of his 44-month sentence. Releasing Mr. Arowokoko now (or, really, at any time before the expiration of his sentence) would undermine the Section 3553 factors, including the seriousness of the offense conduct in this case. Recall, Mr. Arowokoko engaged in a systematic scheme for at least two years, defrauding dozens of individuals and stealing over $250,000—money which he will likely never be able to re-pay. A sentence of 44 months sufficiently addresses the seriousness of this conduct, the need for the sentence to promote respect for law, and specific and general deterrence.

2

Moreover, Mr. Arowokoko's original sentence already accounted for his medical conditions (which were raised in the presentence report), and the general risks of COVID-19 (which were well known to the Court by November 2021). And his sentence already was heavily discounted by the nature of his plea agreement, which called for the dismissal of a number of other counts.

In reality, Mr. Arowokoko's sentence should probably be higher, certainly not lower. He will not be released.

DATE: November 15, 2022                           BY THE COURT:

                                                  /s/ *J. Nicholas Ranjan*
                                                  United States District Judge